■ The People of the State of New York, Respondent, v Kevin Banks, Appellant. (Appeal No. 2.) [999 NYS2d 779]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered July 26, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Banks* ([appeal No. 1] 125 AD3d 1276 [2015]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.